Robert M. Tzall, Esq.
LAW OFFICES OF ROBERT M. TZALL
1481 Warm Springs Road, Suite 135
Henderson, Nevada 89014
Telephone: (702) 666-0233
Email: robert@tzalllegal.com

Yitzchak Zelman (YZ5857)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732)695-3282
Email: yzelman@MarcusZelman.com

*Attorneys for Plaintiff Teresa Caserez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERESA CASEREZ, <br><br> Plaintiff, <br><br> vs. <br><br> CREDIT ONE BANK, N.A., <br><br> Defendant. | Case No.   2:19-cv-00632-JAD-PAL <br><br> **JOINT NOTICE OF SETTLEMENT** |

Counsel for the below signed parties hereby provide notice to the Court that Plaintiff Teresa Caserez ("Plaintiff"), on the one hand, and Defendant Credit One Bank, N.A. ("Defendant"), on the other hand, have reached an agreement in principle to settle all of Plaintiff's claims against Defendant pending in this action. The parties are working on finalizing the necessary material terms, and anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice. At that time, the parties would be prepared to file a Stipulation and Order for Dismissal of the claims asserted against Defendant.

It is respectfully requested that the Court hold the Plaintiff's Motion to Confirm the Arbitration Award (ECF No. 2) and the Defendant's Motion to Vacate the Arbitration Award (ECF No. 4) in abeyance while the terms of the settlement are being finalized and resolved.

Dated: May 1, 2019

LAW OFFICES OF ROBERT M. TZALL

By: /s/ Robert M. Tzall
Robert M. Tzall, Esq.
ATTORNEYS FOR PLAINTIFF
1481 Warm Springs Road, Suite 135
Henderson, Nevada 89014
Telephone: (702) 666-0233
Email: robert@tzalllegal.com

MARCUS & ZELMAN, LLC

By: /s/ Yitzchak Zelman
Yitzchak Zelman (YZ5857)
ATTORNEYS FOR PLAINTIFF
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732)695-3282
Email: yzelman@MarcusZelman.com

*Attorneys for Plaintiff Teresa Caserez*

SNELL & WILMER, L.L.P.

By: /s/ Michael Paretti
Michael Paretti, Esq.
Nevada Bar No. 13926
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Credit One Bank, N.A.*

**IT IS ORDERED** that the parties shall have until **July 5, 2019** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: May 6, 2019

_____
Brenda Weksler
United States Magistrate Judge

-2-

## **CERTIFICATE OF SERVICE**

I, Robert M. Tzall, hereby certify that I have on this 1st day of May, 2019 filed a copy of the foregoing Joint Notice of Settlement, through the Court's CM/ECF system, which will serve an electronic copy on counsel of record identified in the Notice of Electronic Filing.

> /s/ Robert M. Tzall
> Robert M. Tzall, Esq.
> LAW OFFICES OF ROBERT M. TZALL
> 1481 Warm Springs Road, Suite 135
> Henderson, Nevada 89014
> Telephone: (702) 666-0233
> Email: robert@tzalllegal.com
> *Attorney for Plaintiff*