Robert M. Tzall, Esq.
LAW OFFICES OF ROBERT M. TZALL
1481 Warm Springs Road, Suite 135
Henderson, Nevada 89014
Telephone: (702) 666-0233
Email: robert@tzalllegal.com

Yitzchak Zelman (YZ5857)
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732)695-3282
Email: yzelman@MarcusZelman.com

*Attorneys for Plaintiff Teresa Caserez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA CASEREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>        Defendant. | Case No. 2:19-cv-00632-JAD-BNW<br><br>**Stipulation and Order Dismissing Case and Denying Motions as Moot**<br><br>ECF Nos. 2, 4, 13 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims against Defendant CREDIT ONE BANK, N.A. in the above-captioned matter, with prejudice. All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: May 10, 2019

                                          LAW OFFICES OF ROBERT M. TZALL

                                          By: /s/ Robert M. Tzall
                                          Robert M. Tzall, Esq.
                                          ATTORNEYS FOR PLAINTIFF
                                          1481 Warm Springs Road, Suite 135
                                          Henderson, Nevada 89014
                                          Telephone: (702) 666-0233
                                          Email: robert@tzalllegal.com

MARCUS & ZELMAN, LLC

By: /s/ Yitzchak Zelman
Yitzchak Zelman (YZ5857)
ATTORNEYS FOR PLAINTIFF
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732)695-3282
Email: yzelman@MarcusZelman.com

*Attorneys for Plaintiff Teresa Caserez*


SNELL & WILMER, L.L.P.

By: /s/ Michael Paretti
Michael Paretti, Esq.
Nevada Bar No. 13926
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Credit One Bank, N.A.*

## ORDER

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF Nos. 2, 4]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 13, 2019